55,687-06

IN THE COURT OF CRIMINAL APPEALS
FOR THE STATE OF TEXAS

RECEIVED IN
COURT OF CRIMINAL APPEALS
AUG 06 2015
Abel Acosta, Clerk

MILTON VERAN WILLIAMS,       )
                             )
        Relator,             )
                             )
V.                           )      Case No. WR-55,687-06
                             )
STATE OF TEXAS, et al.,      )
                             )
        Respondant(s).       )


SUPPLEMENTAL DOCUMENTATION THAT RELATOR'S 1995
DALLAS COUNTY DISTRICT COURT NO. 5; CASE NO. F95-73890
<u>CONVICTION WAS THE RESULT OF A CLERICAL ERROR IN JUDGMENT</u>


COMES NOW, Relator (Milton V. Williams) (<u>pro se</u>), files the foregoing pleading.


<u>ARGUMENT</u>


On July 24, 1995, the above stated district court ordered Relator to sign conditions of probation in the above stated cause without ever imposing sentencing. (See attached Exh. #1(a)).

On July 26, 1995, the said district court instructed Relator to appear in person at the Dallas County Adult Probation Department with (M.J. Unruh) Probation Officer where probation was transfer to Tulsa, Oklahoma. (See attached Exh. #1(b)).

The said district court clerk recited on the judgment that sentence was imposed on said date when the sentencing transcript records on said date stated, "<u>imposition of sentence suspended...</u>" (See Volume 339 at Pages 120-124).


Page    1    of    2

The Judgment and Sentence in said Dallas County District Court was obviously the result of clerical error. See, e.g., Brown v. State, 177 P.3d 577 (Okla. Crim. App. 2008).

During the writ of habeas corpus in the said district court under Cause No. W95-73890-CA) the Court should take judicial notice on or about February, 2003 that the sentencing (Judge Manny Alverzal issued an Order Designating Issues that stated, "... there are unresolved issues to the confinement of Appellant...." and later issued orders sentencing and simultaneously releasing Relator from probation, Ex Parte Milton Williams. (See Court of Criminal Appeals of Texas, Case No. WR-55, 687-04 relating to Cause No. W95-73890-(A) in docket sheet records).

Wherefore, premises considered, Relator presents 'prima facie' documentation in the records that a Nunc Pro Tunc is warranted in the said district court judgment.

Respectfully Submitted,
/S/ Milton V. [signature] #399375 (ODOC)
Milton Veran Williams #399375
Jim E. Hamilton Correctional Center
53468 Mineral Springs Road
Hodgen, Okla. 74939

## CERTIFICATE OF MAILING

On the 3rd day of August, 2015, a corrected copy of the foregoing was mailed to the below listed parties:

COURT OF CRIMINAL APPEALS
STATE OF TEXAS
P. O. BOX 12308
CAPITOL STATION
AUSTIN, TX 78711

DALLAS COUNTY DISTRICT COURT NO. 5
ATTN: D.A. OFFICE (CRAIG WATKINS)
183 N. INDUSTRIAL BLVD.,
DALLAS, TX 75207

Milton V. [signature] #399375 (ODOC)
(Affiant)

Page 2 of 2

EXHIBIT #1 (d)

## CONDITIONS OF PROBATION

THE STATE OF TEXAS

IN THE CRIMINAL DISTRICT COURT NO. 5

VS.

DALLAS COUNTY, TEXAS

Milton Veran Williams

_____ TERM 1995

CAUSE NO. F95-73890

REGULAR PROBATION    2

Theft 1500.00

DEFERRED ADJUDICATION _____

_____

SHOCK PROBATION _____

STATE JAIL    XX

    In accordance with the authority conferred by the Adult Probation and Parole Law of the State of Texas, you have been placed on probation on this date July 24, 1995 for a period of ___3___ years. It is the order of this Court that you comply with the following conditions of probation:

(a) Commit no offense against the laws of this or any other State or the United States, and do not possess a firearm during the term of probation;

(b) Do not use marijuana, narcotics, dangerous drugs, inhalants or prescription medication without first obtaining a prescription for said substances from a licensed physician;

(c) Avoid persons or places of disreputable or harmful character, and do not associate with individuals who commit offenses against the laws of this or any other State or the United States;

(d) Obey all the rules and regulations of the probation department, and report to the Probation Officer as directed by the Judge or Probation Officer, to-wit: **WEEKLY, TWICE MONTHLY, OR MONTHLY AS DIRECTED;**

(e) Permit the Probation Officer to visit you at your home or elsewhere, and notify the Probation Officer not less than twenty-four (24) hours prior to any changes in your home or employment address;

(f) Work faithfully at suitable employment as far as possible, and seek the assistance of the probation officer in your efforts to secure employment when unemployed;

(g) Remain within a specified place; to-wit: Dallas County, Texas, and do not travel outside Dallas County, Texas, without first having obtained written permission from the Court;

(h) Pay Court cost and a fine, if one be assessed, in one or several sums **COURT COST $ 124.00 ; FINE $ 500.00 ; payable thru the Probation Officer of this Court at $ 15.00 per month; first payment is due on or before 8-1-95 .**

(i) Support your dependents;

Subject to fine;

EXHIBIT #1 (b)

RE: WILLIAMS, MILTON VERAN
NO: F95-73 89 0

(j)  Pay a probation fee of $ 40⁰⁰ per month to the Probation Officer of this Court on or before the first day of each month hereafter during probation.

(k)  Submit to random urinalysis and or medical tests as required by the Court.

(l)  Make monetary contribution in the amount of $25.00 to the Dallas Area Crimestoppers, Inc. Payment is due in full to the Dallas County Adult Probation Department on or before Oct. 1, 1995.

(m)  Defendant will work and complete 120 hours of community service at a minimum of 20 hours per month no later than Oct 1, 199 6, at an approved community service project or projects designed by the Community Supervision and Corrections Department. A processing fee of $50.00 payable to the Volunteer Center will/will not be required for referrals through the Volunteer Center.

(n)  Pay Court Appointed Attorney fee in the amount of $200.00, payable at $ 5⁰⁰ per month to a Probation Officer of this Court on or before the 15th day of each month hereafter until paid in full.

(o)  Appear in person to the Dallas County Adult Probation Department, located on the 9th floor of the Frank Crowley Courts Bldg., located at 133 N. Industrial Blvd., Dallas, Texas on 7-26-95 for a Post Sentence Interview at 11:30 9a/l. with a Probation Officer of this Court.

        Youre hereby advised that under the law of this State, the Court shall determine the terms and conditions of your probation, and may at any time during the period of probation, alter or modify the conditions of your probation. The Court also has the authority at any time during the period of probation to revoke your probation, or proceed to adjudication for violation of any of the conditions of your probation set out above.

Witness our Signatures this the 24ᵗʰ day of July 1995.

_____
        Probationer

_____
        Judge

_____
        Probation Officer